THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL PECK, Appellant, v. JOHN R. VOORHIS and Others, Constituting the Board of Elections of the City of New York, Respondents.— Order affirmed, without costs. No opinion. Thomas, Mills, Putnam, Blackmar and Kelly, JJ., concurred. Permission is given to appeal to the Court of Appeals. Order to be settled on notice.

MARY A. QUILTY, Respondent, v. ANNA ROGERS, also Known as ANNA O'CONNOR, Appellant, Impleaded with ELLEN GIBBONS, Defendant, and GEORGE JULIAN HOUTAIN, as Guardian ad Litem of JOHN FLANAGAN and Others, Infants, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

WILLIAM C. SHIELDS, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Order of the Appellate Term affirmed, with costs. No opinion. Jenks, P. J., Thomas and Putnam, JJ., concurred; Rich and Blackmar, JJ., voted to reverse the order of the Appellate Term and reinstate the verdict of the Municipal Court, on the ground that on the record the question of contributory negligence, under the circumstances, s a question of fact.